Donald J. Campbell (No. 1216)
J. Colby Williams (No. 5549)
Wade W. Rabenhorst (No. 9655)
CAMPBELL & WILLIAMS
700 South Seventh Street
Las Vegas, Nevada  89101
Tel:    (702) 382-5222
Fax:    (702) 382-0540

Mark J. MacDougall (Admitted *pro hac vice*)
Anthony T. Pierce (Admitted *pro hac vice*)
Colleen M. Coyle (Admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
Tel:    (202) 887-4000
Fax:    (202) 887-4288

Attorneys for The International Investor, K.S.C.C.
and Menalco, FZE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MENALCO, FZE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT GORDON BUCHAN, et al., <br> Defendants. | **Case No. 2:07 Civ. 1178-PMP-PAL** <br><br> **DRAFT 10-04-10** <br><br> **STIPULATION OF DISMISSAL** |

   Plaintiffs The International Investor, K.S.C.C., Menalco FZE, and Defendants, Phoenix Holding Co., Ltd., Schimatic Cash Transaction Network.com, and Robert G. Buchan stipulate as follows:

1. The parties to the lawsuit have reached a mutually agreeable settlement of the claims in the complaint, counterclaim and cross claim and desire to end the litigation between them.

2. A copy of the settlement agreement is attached as Ex. A.

3. The parties stipulate that the Court should dismiss the complaint, counterclaims, and cross claim with prejudice against the parties to this stipulation, with each party to bear his or its own costs and attorneys' fees.

October 29, 2010

                                  Respectfully submitted,

                                  AKIN GUMP STRAUSS HAUER & FELD LLP

                                  _____/s/_____
Mark J. MacDougall (Admitted *pro hac vice*)
Anthony T. Pierce (Admitted *pro hac vice*)
Colleen M. Coyle (Admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Tel: (202) 887-4000
Fax: (202) 887-4288

CAMPBELL & WILLIAMS
J. Colby Williams (No. 5549)
Wade W. Rabenhorst (No. 9655)
700 South Seventh Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222
Fax: (702) 382-0540

Attorneys for TII and Menalco


                                  _____/s/_____
David J. Merrill, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
david@djmerrillpc.com

Attorney for Defendants Phoenix Technology Holdings, Inc. and Schimatic Cash Transactions Network.com, Inc.

          /s/
Hector J. Carbajal II
Carbajal & McNutt, LLP
625 South Eighth Street
Las Vegas, NV 89101
hjc@cmlawnv.com

Kenneth A. Shapiro
William R. Joiner
Mitchell & Shapiro LLP
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305
ken@mitchellshapiro.com

Attorneys for Defendant Robert Gordon Buchan

**SO ORDERED on this** 1st **day of November, 2010**

*[signature]*

**United States District Court Judge**

**CERTIFICATE OF SERVICE**

     Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the ___ day of October, 2010, service of a Stipulation of Dismissal was made electronically and by first-class mail, postage prepaid, on the following:

David J. Merrill, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
david@djmerrillpc.com
*Attorney for Defendants Phoenix Technology Holdings, Inc. and Schimatic Cash Transactions Network.com, Inc.*

Hector J. Carbajal II
Carbajal & McNutt, LLP
625 South Eighth Street
Las Vegas, NV 89101
hjc@cmlawnv.com
*Attorney for Defendant Robert Gordon Buchan*

Kenneth A. Shapiro
Mitchell & Shapiro LLP
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305
ken@mitchellshapiro.com
*Attorney for Defendant Robert Gordon Buchan*

Mark Vernon George Bone-Knell
V52 Deema 1
Emirates Lakes
PO 92777
Dubai, United Arab Emirates
markboneknell@googlemail.com
*Defendant*

By: _____/s/_____
     Adria Hicks