UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MENALCO, FZE, et al.,

            Plaintiffs,

v.

ROBERT GORDON BUCHAN, et al.,

            Defendants.

2:07-CV-01178-PMP-PAL

ORDER

It appearing that this action has been resolved as to all parties, it is ordered that this action is hereby closed.

DATED: November 17, 2010

PHILIP M. PRO
United States District Judge